New Generation Wellness Chiropractic, P.C., as Assignee of Terrance Pringle, Respondent,
against
Country Wide Ins. Co., Appellant. 




Jaffe & Koumourdas, LLP (Jean H. Kang of counsel), for appellant.
Glinkenhouse Queen (Alan Queen and Steven J. Green of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Queens County (Larry Love, J.), entered February 22, 2018. The order granted plaintiff's motion to recalculate, from a simple rate to a compound rate, an award of statutory no-fault interest in a judgment of that court entered January 31, 2017.




ORDERED that the order is affirmed, with $25 costs.
This action by a provider to recover assigned first-party no-fault benefits for claims submitted to defendant in March 2001, arising from an accident in December 2000, was settled in January 2015. Defendant did not pay the settlement amount, and a judgment was subsequently entered on January 31, 2017 (see CPLR 5003-a) awarding statutory no-fault interest at a simple, not compound, rate (see 11 NYCRR 65-3.9 [a], effective April 5, 2002). Plaintiff moved, pursuant to CPLR 5019 (a), to have the interest recalculated pursuant to the pre-2002 regulations, which required no-fault interest to be calculated at a compound rate (see former 11 NYCRR 65.15 [h] [1]). Defendant appeals from an order of the Civil Court granting plaintiff's motion.
For the reasons stated in G.N.S. Med. Supplies, Inc., as Assignee of Lidiya Zadushlivaya v Country Wide Ins. Co. (___ Misc 3d ___, 2019 NY Slip Op ____ [appeal No. 2018-630 Q C], decided herewith), the order is affirmed.
Defendant's remaining contention is not properly before this court and, in any event, lacks [*2]merit (see Seaside Rehabilitation v Allstate Ins. Co., 63 Misc 3d 162[A], 2019 NY Slip Op 50918[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2019]). 
PESCE, P.J., ELLIOT and SIEGAL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 13, 2019